FEB 1 3 2025

Attention Court Clerk,

2 - 425

Eastern District of Kentucky
FILED

FEB 1 0 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

I am sending my Bivens Complaint in to be filed, I have exhausted my Administrative Remedies on the retaliation of Officer Hacher, However, the others has become involved Since the filing of the Admin Remedies, I will be paying the entire filing fee, and have requested that be taken off my Account. I want the Court to know, to date I have not received any of the requested 2241's or Bivens, I also requested that $5 be taken off my account for the 2241, but the prison has not done that. The reason I have not received the forms is because the very person I'm filing on is in charge of giving us the Mail, and the Institutional Staff is trying to transfer Me in retaliation for filing grievances, that's what the Bivens is about to, So I was hoping the Court would rule on it because I'm in SHU in violation of the First Amendment, and I'm being transferred for the same, Hill, 630 F. 3d at 474, and I am asking the Court to Order the transfer stopped.

OVER

FEB 1 3 2025

Attention Court Clerk,

2 - 425
Eastern District of Kentucky
FILED

FEB 1 0 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

I am sending my Bivens Complaint in to be filed,
I have exhausted my Administrative Remedies on the retaliation
of Officer Hocher, However, the other's has become involved
Since the filing of the Admin Remedies, I will be paying the
entire filing fee, and have requested that be taken off my
Account. I want the Court to know, to date I have not received
any of the requested 2241's or Bivens, I also requested that
$5 be taken off my account for the 2241, but the prison has
not done that. The reason I have not received the forms is
because the very person I'm filing on is in charge of giving us
the Mail, and the Institutional Staff is trying to transfer Me in
retaliation for filing grievances, that's what the Bivens is about
to, So I was hoping the Court would rule on it because I'm
in STILL in violation of the First Amendment, and I'm being
transferred for the same, Hill, 630 F. 3d at 474, and I am
asking the Court to Order the transfer Stopped.

OVER

I will also need the Court to order the prison to send my funds I requested to the Court. They refuse to give me the 2241 form's because they know I'm filing on them, they are preventing me from accessing the Court. I've reported egregious Misconduct to the OIG and filed on the same, so their trying to transfer Me for it. This is what I'm putting in front of the Court. Again, I will be paying the entire filing fee for the BIVENS, and I'm waiting for Central Office to send my BP-11 back on this very issue. Nothing has been done about the retaliation, so I am proceeding to the Court's because they continue to try to transfer Me, Hill, 630 F. 3d at 474.

I am begging the Court to order the transfer stopped and Order my release from SHU as it is in retaliation for filing grievance. Thaddeus-X- 175 F. 3d at 395.

All Statements are Under the penalty of perjury.

Respectfully Submitted,

2-4-25

I will also need the Court to order the prison to send my funds I requested to the Court. They refuse to give me the 2241 form's because they know I'm filing on them, they are preventing Me from accessing the Court. I've reported egregious Misconduct to the OIG and filed on the same, so their trying to transfer Me for it. This is what I'm putting in front of the Court. Again, I will be paying the entire filing fee for the BIVENS, and I'm waiting for Central Office to send my BP-11 back on this very issue. Nothing has been done about the retaliation, so I am proceeding to the Court's because they continue to try to transfer Me, Hill, 630 F. 3d at 474. I am begging the Court to order the transfer stopped and order my release from SHU as It is in retaliation for filing grievances Thaddeus-X-175 F. 3d at 395.

All statements are Under the penalty of perjury.

Respectfully Submitted,

2-4-25

<u>Bivens Complaint</u>

Jeremy Smallwood
    Plaintiff,

Eastern District of Kentucky
    Lexington

V.

Warden, David Paul  FED. Bureau of Prisons
Associate Warden Sizemore
Captain Boyer
Lieutenant White
Lieutenant Csei
Unit Manager Mattingly
M. McDaniels
Armentano
Calder
LT. Lawson
Officer Harter

# Complaint

It All began August 28, 2023 and has Continued through today. On the 28th day of August, then Asst Health Servs Admin. M. Mcdaniels and Dr Armentano told Me "you either do physical therapy or we will trash your paperwork drop your Care level and get you out of here." I said "Now I'm filing on that" Mcdaniels Stated "You put that on paper Smallwood and you're gone." I filed on it that day, September 7, 2023 my Care level was dropped from a 4 to a 2, September 12, 2023 I was put in for transfer. Hill v. Lappin, 630 F.3d 468, 474 (6th Cir 2010) From then the retaliation Continued, a couple of months later I was approached by Lt. Greenfield, he told Me "they have been trying to get you out of here for months" "even if it meant fabricating evidence to get you out of here." once I heard this I asked him if he was serious he stated "Me, Wascher and Parks was pushed out of SIS because we wouldn't do Corrupt stuff" Lt. Lawson installed Lt. White and Lt. Closer because they would trump up incident reports on inmate's, and place bogus charges on Inmates to keep them in SHU. So I reported this to OIG, that sparked a year long Investigation into Staff assaults, on inmates, Staff assaults on Staff, Staff planting drugs on inmates/Staff, Staff fabricating incident reports on inmates. June or July Multiple staff came to my Unit, I was singled out by officer Hacher and Mcdaniels, I was taken to the Lieutenant's office strip searched, and officer Hacher destroyed my cell, Confiscated my property, and called me a snitch for reporting officer Misconduct. He further put Quadavious Thomas into the Lt's office strip searched him, and said "Thank Smallwood he Snitched on you." All of these actions I filed on, and Ultimately Mcdaniels was demoted to a regular nurse. Since reporting egregious Misconduct I have become public enemy number one here at this institution, where the Warden, AW's, Lieutenants and other staff had a policy to: Get Smallwood. So that he stops filing grievances, reporting to the OIG and stops advocating for inmates, and get him off the Compound.

The Warden, Ass, Lieutenants, and Unit Manager Mattingly [Captain] acted and ensured that it was a policy of the prisons to take action against Jeremy Smallwood, including, but not necessarily limited to: by directing that I be placed in SHU, and a basis for the incident report to be found; and by expressing an intention to reach out to the DHO to attempt to ensure that the incident reports not be dismissed. Unit Manager Mattingly admitted to Me that she had been emailing with the DHO, and on previous occasions inmates that go in front of him where the drug was not nik tested, he'd dismiss the charges for Me, I was found guilty. Although this Inmate cannot prove that the Institution had a written or express policy, to this effect, I am not required to do so. See Miller, 408 F.3d at 814. Any staff or inmate here will admit, that I am treated differently from other inmates, and the Staff here have a policy to retaliate against Me or "Get Smallwood any way possible". The policy here is a wide-ranging one to retaliate on Me for sparking the year long OIG and FBI investigations for egregious Staff Misconduct. Therefore, relevant here, the Warden, Ass's (3) Unit Manager Mattingly, [Captain] the named Lieutenants and officers has created a Policy or custom to retaliate on anyone, Staff or inmate, including myself that files grievances, or speaks out against their Unconstitutional practice. Rookie Officer Ponce just started working here, and he has fell right in line, spraying inmate's property and Mattresses with mace, fabricating incident reports on inmates, all of which he to is Under OIG investigation for, when rookie officers start here they're told "Stay away from Smallwood he files on everything." On two separate occasions Senator Bill Hagerty's office sent me a letter neither time did I receive it, both times I was brought an empty envelop with Counselor Curtsinger stating "It mustve happened at the post office" both times I reported not receiving my mail. Another Instance, Robert Barnett wrote me, they sent it back without a rejection notice, or an opportunity to challenge the rejection.

(2)

All while Staff Continue to destroy my cell, and Confiscate my property, making comments like "This will Continue as long as you file on Staff" stated by Officer Hacker. I filed on it/him, then out of nowhere, I was taken to the SHU for two days, Unit Manager Mattingly was heard saying to officer Plythe "Now I think I have enough to get Smallwood off the Compound." Once in SHU I asked Lieutenant Ester Why am I in SHU" he responded "because your mother contacted someone on your Case." My mother done no such thing, once released from SHU my mothers Contact Information was blocked without justification, all this has several times been reported to the Associate Warden's who does nothing in seg zone. When drugs was planted on officer Parks, I reported it. And asked his Supervisor "is that how it works around here"? When Lieutenant McCarty Smacked officer Coon, I reported it, and asked "Why do you allow that here"? I'm always told "we are not going to discuss that with you Smallwood" but the OIG has record of all my reporting. Once released from SHU, Unit Manager Mattingly placed me in an area designated for Mentally Ill inmates, while placing every Other inmate back in their same cell, I told Mattingly this was retaliation because I filed on her. Once Mattingly went on vacation the Counselor moved me back to the cell I was in before going to the SHU. Since I've been here, I've been threatened with transfer to a USP. Hill v. Lappin, 630 F.3d 468, 474 (10th Cir. 2010) An elderly inmate Tommy Durlin wrote me a letter wanting Me to Contact his family in the event Something happened to him, so I did, the Inmate was hospitalized and his health declined, I contacted the people he asked me to, and one day I woke up and Irma Rodriguez was blocked off my Contact list. No Justification given for the blocking. But this is Lt Ester and Unit Manager Mattingly retaliation for filing grievances, once I filed on this issue Unit Manager Mattingly failed to process my BP9. I have on several occasions reported LT White and LT Ester for fabricating incident reports on inmates, this was one of those occasions where, I was falsely accused of soliciting money from a person, Irma Rodriguez stated LT Ester told her Communications was blocked because.

(3) cover

he was afraid "I'd ask her for Money". To date No Justification has been given to Me, although I have continued to File administrative remedies on the issue. While my mother was blocked, I had her name and email Under a different name so I could Contact my mother, SIS Calder wrote me an incident report for circumventing the email, So I was called to the Lieutenant's office to receive the incident report, once coming through the door Lt Lawson pointed a shotgun at Me trying to intimidate Me for all the reporting I had done on him for previously shooting a man's eye out in the Chow Hall, assaulting inmates, directing Staff to plant drugs on Officer Parks, pushing Lt. Greenfield, Woocher and Parks out of SIS, among Other things that Lt. Lawson is actively Under investigation for, Once I did receive my incident report, I went back to the Unit, and reported Lt Lawson to the OIG for pointing that Shotgun at Me. He was then taken off the compound, But the destroying of my cell Continues, and being placed in SHU on trumped up charges continues. Since I've been at this prison I have been an advocate for inmate's that has No legal knowledge, and was necessary for the inmate to pursue their rights. The goal here is to transfer Smallwood by all means necessary, In fact Unit Manager Mattingly has made it her mission, along with the Warden, Captain All three AW's and the Lieutenants here. On 1-3-25 Lieutenant White along with Officer Hocher and others came to my Unit and destroyed Inmate Harkin Decoste cell, and took him to the SHU. On 1-4-25 at 7p I approached Lt. White and told him "What you're doing to Decoste is Unconstitutional and Constitutes harassment. I told him "on at least 6 different occasions Officer Hocher and others have spontaneously Jumped down on him looking for a phone, over the last 18 months and never found a phone, you either have one or you don't" Lt. White said "You need to stop." So I left. At 8:20p Lt. White and 6 other Compound officers stormed my Unit and destroyed my cell, at 8:20p I reported it to the OIG because I saw being retaliated on for advocating for an inmate. Gibbs; 10 F.3d at 378 (Stating that segregation of a Jailhouse lawyer in retaliation for providing legal aid would be constitutionally

(4)

impermissible) When I went into my cell it was destroyed, I'm in a wheelchair 100% disabled, so its difficult to clean up what they've done, So when all the officers left my cell I said "fuck, they destroyed my cell" G. White said "He's talking too much." He then walked back into my cell and said "Let's Go you're going to SHU". I asked "for what" he stated "insolence", I told him I wasn't "insolent" towards anyone. Once we got to the SHU I told G. White "You know this is why you are Under investigation Now, for fabricating incident reports on inmates" He said "That's what I hear." I said "This only validates what I have been saying" and "You'll likely be going to Jail or lose your Job" as he was leaving the SHU the Control asked him why I was in SHU "Threatening Staff." The very next day, G. Cser brought the incident reports, laughing at me telling me to look at all the incident reports, he then stated "This will likely get you transferred" I said "G. Cser you are Corrupt and Likely going to Jail" he then placed bogus charges on me for threatening Staff. He also forged an officer's name only to upgrade a charge from a 300 series to a 200 series so it would keep me in SHU longer. "Where prison Officials trumped up false disciplinary charges against an inmate and then proceed to physically abuse and levy harsh disciplinary sanctions against him." See Cale v. Johnson, 861 F. 2d 943, 950-51 (6th Cir 1988) In Thaddeus-X the Sixth Circuit found that placing an inmate in administrative segregation "Could deter a person of ordinary firmness from exercising his First Amendment Rights." 175 F.3d at 385.

While in SHU on 1-5-25 at 8:30-9:00 I showed officer McGregor I had a pair of scissors and needed a Lieutenant. Officer Yago walked by my cell and said "Kill yourself Smallwood", officer Carahan said "Kill yourself in your little fucking cubicle we don't give a fuck". The three officers then said "Cuff up Smallwood" I said "No I need a Lieutenant" Officer Carahan dropped the cuffs in my cell, and all three officers entered my cell, Officer Yago and Carahan smelled of heavy alcohol,

(5) over

as I tried to get into the hallway in Camera sight, Officer Carahan pulled my wheelchair to the toilet, and officer Vino put his foot in front of my wheel, they both stated "If you don't give Us those razors we will beat you to death in here." Because they smelled of Alcohol, I feared for my safety. I also reported this incident and other inmates reported it as well. Now I'm sitting in SHU on unfounded charges once again, this time for advocating for Inmate Ducote, who has no legal knowledge and was necessary to pursue his rights. On several occasions Inmates has come to me for help with their grievances, once they were turned in the inmate is told "We know who wrote this Smallwood wrote it." Lt. Csor wrote me an incident report 1-5-25 for preserving Inmates for legal documents knowing I am the legal aid here. Only to keep me in SHU. I have reported on several occasions these two Lieutenants placing Inmates in SHU on Unfounded Charges in order to get them transferred. This is another one of those instances. On 1-10-25 I was told "Now their going to do a threat assessment and try to transfer you." Hill v. Lappin, 630 F.3d 468, 474 (6th Cir 2010) The entire goal is to transfer Smallwood, for filing Grievances and reporting staff Misconduct."

Claim 1. Lt. White, Lt. Csor, LT. Flacker, Unit Manager Mattingly retaliation in violation of the First Amendment, as well as Lt Lawson, Mcdaniels and Armentano

Mcdaniels and Armentano worked together to get Me "Treatment Complete" to drop my Care level from a 4 to a 2. and transfer put in on September 12.

Lt. Grayson is responsible for all the cell searches, and officers targeting Me for reporting Staff misconduct, and all his Misconduct, pointing a shotgun at me.

Claim 2. LT. White, Lt Csor and Unit Manager Mattingly retaliation and Intimate Associate for placing me in SHU and blocking my mother and Irma Rodriguez with No Justification in violation of the First Amendment.

Claim 3. Monell Claims for creating a Policy or custom, to retaliate on me for reporting Staff Misconduct, and filing grievances. Any Staff or Inmate that speaks out against these practices, gets retaliated on.

(6)

Claim 4- Officer Harker retaliation and endangering my life deliberate Indifference to my safety for telling Quadarius Thomas "thank Smallwood he snitched on you", once he knew I'm the one that sparked the FBI and OIG Investigation, telling Me this will Continue as long as your filing on Staff."

Claim 5- Lt. White, Lt. Cser, Unit Manager Mattingly Due Process violation and retaliation for Blocking my Mother and Irma Rodriguez Without penological Justification, and without Notice.

Just so I'm clear Lt. Lawson knew of all my reporting, he was the administrative Lieutenant that pushed Lt. Greenfield, Wescher and Parks out of their positions for not wanting to engage in corrupt activities, ie fabricate Incident reports on Inmates to justify their transfer, planting drugs on inmates, assaulting inmates while their cuffed, Planting drugs on Officer Parks, When that was done, the administrative staff is quoted as saying "Wescher and Parks have been dirty for years", allowing these kind of practices to Continue. On 15 different occasion's at least I begged Aw Sizemore, and Kirby to do something about all the retaliation happening, and they refuse, the Warden hardly shows his face, but he allows this to Continue as well.
     * I would ask the Court for injuctive relief as well because once this lawsuit is filed they will try to transfer Me, but I would ask the Court to order that I not be transfered.

Claim 6- Intentional Infliction of Emotional Distress on all the named individuals for the constant worry of being transfered to a USP because I cannot protect myself. The fear of being assaulted by inmates, because Officer Harker told them I was a Snitch.

(7)AER

When AW Blanke was over Medical and I went to him about Mcdaniels dropping my Care level from a 4 to a 2, he looked at me straight faced and said "don't worry about it Smallwood, you're not going anywhere." The very next week, told them to transfer me.

Pamela Beltran was over Medical records here and has since retired. She told me "don't feel bad Smallwood, I questioned Something to AW Blanke, and I was retaliated on and Augmented to a beauty post." She said of 20 years in the Bureau she had never been retaliated on like she was here. Any Staff member will tell you if you speak out, you'll be retaliated on here at FMC Lexington.

This Complaint is 100% accurate, all statements are Under the penalty of perjury.

Captain Baylor had the power to stop the retaliation, he is over security and essentially signs off on all investigation's and here at this prison if you engage in illegal activity they send you back to the compound. If you do your work and advocate for inmates they want you out of here. So that I'm clear Captain Baylor is also responsible for releasing an inmate from the SHU. He's made the decision to allow the retaliation to continue here, OIG Agent Jordan Klicker said let them know if they did this, well they've done it.

Respectfully Submitted,

7-11-25

Continuation Page,

On 1-15-25 DHO found Me not guilty of the frivolous incident reports Ct. White and Ct. Cser wrote for Threatening Staff, and Procuring Inmates for legal Documents; After DHO found Me Not guilty, Ct. White and Ct. Cser Continued to keep me in SHU under frivolous investigations for exercising my First Amendment Rights. Thaddeus-X v. Blatter, 175 F. 3d 378, 394 (10th Cir 1999)(en banc)(stating placing an inmate in administrative segregation "Could deter a person of ordinary firmness from exercising his First Amendment Rights." Dunham-Bey v. Holden, 1999 U.S. App. Lexis 28912, No. 98-1523, 1999 WL 1023130 at *2 (6th Cir 1999) DHO found No merit to the Incident report that the Lieutenants trumped up on Me, so the Lieutenants decided they would place Me under SIS investigation to Continue to hold Me in SHU in violation of the Constitution. Not only has these individuals threatened Me with transfer Hill, 630 F.3d at 474 but they have taken adverse action against Me on several occasions, Thomas v. Eby, 481 F.3d 434, 441 (10th Cir 2007)(1) Ct. Cser placed Me in SHU claiming I contacted Someone on my Case, was baseless and without Merit. Ct. Cser, Lt. White, and Unit Manager Mattingly Blocked my Mother, my friend off my Contact List with No Justification, and Mattingly stated "When I think I have enough to get Smallwood off the Compound". Officer Archer destroyed my cell, Confiscated my property and said this will Continue as long as you file on Staff, and he pulled that Inmate in the Lieutenants office strip searched him and told him "Thank Smallwood, he snitched on you." Then on 1-4-25 I approached Ct. White about Inmate Decoste, and an Hour later they came destroyed my cell, placed Me in SHU on trumped up charges, the charges was dismissed, and Ct. White and Ct. Cser said I'm under SIS Investigation to hold My in SHU in violation of the Constitution. As I have stated in this complaint there has been a policy to get Smallwood,                    (9)OVER

by any Means. These retaliatory acts was taken with Malicious intent, Hill, 630 F.3d at 943 (quoting Bell v. Johnson, 308 F.3d 594, 606 (6th Cir 2002) The Motivation for these adverse actions is to either transfer Me or deter Me from Continuing to file grievances, or deter Me from reporting Staff Misconduct. Either way the retaliation has continued from September 2023 when I filed my first grievance for being told "You either participate in Physical Therapy or I will tweak your paperwork, drop your Care level and get you out of here." He (Mcdaniels) Made good on his promise, My Care level was dropped from a four to a two, and I was put in for transfer immediately. My Mail has Continued to be tampered with, by being sent back, without rejection notices, with No way to challenge it, the contents on the Senator's Communication was taken twice, and to date I never received any way to challenge it. Now I've been placed in SHU on Unfounded charges, and frivolous investigations that has deprived Me of Due Process, deprived Me of any Communication with my family, I have lost all my "privileges," no way to program. The Sixth Circuit has held that actions resulting in more restrictions and fewer privileges for prisoners are considered adverse." Hill, 1030 F.3d at 1764. The deprivation of privileges is hardly "inconsequential" indeed they are all prisoners really have. Maben v. Thelen, 887 F.3d 252, 267 (6th Cir. 2018) The Sixth Circuit found that the loss of similar privileges "cannot be resolved as a Matter of law." see id at 266-67 (finding that the "loss of privileges for seven days... including the rights to exercise facilities, to attend group meetings... and to access the activity room" "cannot be resolved as a Matter of law") Here, placing me in SHU in retaliation for advocating for an inmate with No legal knowledge, has caused Me to lose all my privileges, lost all Communication with my family, and their primary goal is to transfer/retaliated. I would humbly ask the Courts to prevent this institution from transferring Me, as there is No legitimate basis to do so.    (10)

If the Court looks at the Case No. 23-5055, and 2:20-Ce-72 I have wrote the Court on several occasions letting them know about the retaliation happening here at this prison. Because their goal is to transfer me, I would ask the Court to place an injunction preventing the transfer. I have filed and filed to Region asking them to take Action on the Retaliation, they kick it back and tell me to file at the Institutional level where I've Complained and Complained to the Warden and Associate Warden where they take no Action, they allow it. There is officers here that has encouraged me to file suit and Continue to report their Misconduct because the Retrieve here is horrific. They feel untouchable, they've pushed Lieutenants and officers out of their positions to install Lieutenants that will carry out their Corrupt activities, they retaliate on officers and inmates, Lieutenant McCarty snatched officer Leon, I reported that to the OIG, but the Executive Staff essentially took no action, Drugs was planted on officer Parks, I reported that to the OIG, and it all stems from Lieutenant Carson. He's the one behind it all. The Warden allows him to do whatever he wants to people. If the Court will listen it will all Come out in discovery, all the reporting I've done to the OIG about whats going on at this prison I have filed all the way to the BP10 but the retaliation is out of Control to the point where I'm being denied Due Process and being placed and held in SHU on Unfounded charges and frivolous Investigations, I pray the Court will excuse the exhaustion, Ross v. Blake 8ct (2016) as there needs to be immediate Court intervention.

    All Statements Made in this Complaint are Under the penalty of perjury. This Plaintiff is respectfully requesting punitive damages in the amount of $2.5 million and Monetary damages in the amount of $2.5 million

Respectfully Submitted,

1-15-25

Continued on Back ⟶ (11)

Since I've been at this prison there has been a substantial attempt to get Me transferred, Now that I'm sitting in SMU in violation of the First Amendment for retaliation, I have begged thir Associate Wardens to step in and do something, I've also begged the Captain, these individuals have implicitly authorized, approved, and knowingly acquiesced in the Unconstitutional Conduct of LT. White, LT. Cser, Ms Calder, and Sis Spencer. They Continue to say "Mr Smallwood your money may have empowered you" or "you shouldn't have Contacted an inmate's family" referring to an inmate on his Death bed, I contacted his family Months ago to let them know he was on his death bed, and wasn't doing well, After the family tried to Contact the prison on several occasions, and Couldn't get any information, they contacted Me, so I continued to update them. At some point, Jenna Rodriguez a friend of Tommy Durkins was able to get in touch with the Chaplain. She discussed with the Chaplin Tommy's Condition, and the Chaplin asked "where are you getting this information from? Jenna told him Jerome Smallwood, the next day when I logged onto my Computer I noticed Jenna Rodriguez contact email and phone was "blocked" by "Administration", at that point I filed a Administrative Remedy for "FREEDOM of Intimate Association" because Ms Rodriguez was blocked without Justification, and to this day no one told me why she was blocked, Until right after Christmas Ms. Rodriuez messaged Me and said LT Cser called her and told her they blocked "Communications because they was afraid Smallwood would ask her for money". I'm still filing Remedies on the issue, however, Now that LT White placed me in SMU for advocating for an inmate and retaliated on me by trumping up charges, the Captain says "I'm improperly Under investigation for Contacting someone's family". But I Contacted them due to Mr. Durkins Condition Months ago, and Since then Mr. Durkin has passed away. On 1-21-25 I was told by a Department Head, Mr. Smallwood their trying anything to get you out of here." (12)

Not one Individual with authority has stepped in to stop the Unconstitutional violation. Money I received was Months ago, Contacting Mr. Durkins friend on his behalf was Months ago. The time for discipline has passed, I was told today 1-21-25 "their doing everything they can to transfer you and hold you in SHU". All because I file grievances, advocate for inmates, and report Staff Misconduct. Other Inmates on the Compound that do law work for inmates and get paid for it is not harrassed or placed in SHU like I am, the only difference is I file grievances on my own behalf, and help other inmates file on their behalf. There is absolutely no other reason to have me in SHU trying to transfer Me. For these reasons, I respectfully ask the Court to find the Staff named in this lawsuit has a retaliatory Motive to transfer Me, and place an injunction to prevent such transfer, and Order the retaliation to stop. I am currently on the BP-11 for the retaliation and Eighth Amendment violation for failure to protect on Officer Archer, however these other individuals have continued to retaliate on me by Mocking Contacts, destroying my cell, or trying to transfer Me, or placing me in SHU on Multiple occasions without Just Cause. I have contacted the OIG regarding these incidents, however, I feel compelled to take it to Court.

My Constitutional rights Continue to be violated by these individuals. I am being held in SHU in violation of the Constitution for filing grievances, reporting Staff Misconduct, and advocating for inmates, if I broke the rules then action should've been taken when it happened, not months later when you want to hold Me in SHU on Unfounded Trumped up disciplinary charges. For these reasons, these individuals are violating my First Amendment Rights to be free from Retaliation, and my Fourteenth Amendment Rights to Due Process. To be free from Intentional Infliction of Emotional Distress, and Eighth Amendment Right to be protected from any attacks by other inmates.

(13) OVER

Officer Harber violated that when he told another Inmate "thank Smallwood he Snitched on you." C.T. Lawson also violated the Eighth Amendment when he pointed a Shotgun at Me when I came through the Lieutenant's office.

As stated previously, I am seeking punitive and Monetary damages. All Individuals are sued in their Individual Capacity. This inmate is also launching Monell Claims, for their Policy or Custom to Retaliate on me, and transfer Me.

This Complaint is true and accurate, all statements Contained in this Complaint are Under the penalty of perjury.

Respectfully Submitted,

*[signature]*

It should clearly be noted that when I Complained to Aw Sizemore and Captain Boyer about C.T. White and C.T. C5er falsifying a Threatening Staff incident report on me and placing Me in Segregation, Neither one of them has done anything to change the circumstances. See Smith v. Mensinger, 293 F.3d 641, 653 (3d Cir 2002)("We have... held that falsifying misconduct reports in retaliation for an inmates resort to legal process is a violation of the First Amendment guarantee of free access to the Courts") Allah, 229 F.3d at 225 (holding that an allegation that a prisoner was kept in administrative Segregation to punish him for filing Civil rights complaints stated a retaliation claim) Here, no one has attempted to stop the retaliation, or tried to get Me out of Administrative Segregation.

(19)

In this Case, Captain Bayer, Associate Warden Sizemore continue to Condone the Excessive retaliation, furthermore, to demonstrate the Warden also Condones these practices, I filed a BP-9 and the Warden never responded, he even asked for an extension and still didn't respond, I filed the BP-10 to the Regional Director, he did the same thing, asked for an extension, and ~~never~~ responded, it proves they Condone these behaviors towards inmate's because the officers are not held accountable for anything they do to inmates. All incident report's Lt. White and Lt. Caser launched against me were dismissed, however, the administration continues to allow Lt. White to keep me in SHU, on frivolous Investigation's in violation of Due Process, and in violation of the First Amendment. Officer Harhar on several occasions stated "This is what happens when you file on staff." Lt. Caser stated "Now we will be able to get you out of here." Everyone of these individuals are aware that I am the one that Ignited a year long Investigation, and since they've found out it's been nothing but hell on me. No one has tried to help me in this situation. I was told today 1-29-25 by an officer please get Lt. White out of here because he treats staff "just as bad as he does inmates.

On 1-16-25 SIS Calder and SIS Spencer came to talk to me and the first words Calder said was "I know this looks like retaliation but it's not. Many officers has came to my cell and told me this is Lieutenant White trying to keep you in the SHU. I was told the SIS and others are Mad because you have reported them to the OIG. Unit Manager Mattingly takes my legal Mail, she doesn't allow me to seal it up, and then goes and reads my letters to the OIG, then tells everyone I've named them in my Complaint, they are even violating Due Process by failing to UDC Me within the 5 days, so according to policy it has to be dismissed, but they run to the Associate Warden or Warden to get an Unlawful extension, and find you guilty of an trumped up incident report to give them a reason to transfer me. (15)over

Taylor Fields asked Captain Bayer "when is Smallwood getting out of the SHU"? Captain Bayer's response was "every time we go to let him out of the SHU he tells us he is going to file on us, so we're leaving him down there." Which is not true, not one time have they came to release me from SHU, it's Unit Manager Mattingly reading my grievances and letters to the OIG, I haven't one time told them when I file on them. I orally voiced my grievances to Captain Bayer and AW Sizemore, as a result I'm left in the SHU on Unfounded Investigations. When other inmates are caught with phones, syringes, Meth, Tobacco, and their back out of the SHU in a week, I've been in SHU almost 30 days on Trumped up charges. Even though Sis Calder and SIS Spencer told me on 1-16-25 "We know you're not selling drugs or Using drugs" We "just want to make sure you're not taking advantage of other inmates because of your legal abilities". But they can't point to any such instance or any inmate claiming I've taken advantage of them. This is all retaliation for filing grievances, and reporting Staff Misconduct. They have not been able to point to any misconduct by me, to warrant this.

I respectfully ask the Court in the event Staff here attempt to transfer me out of retaliation for filing this lawsuit, I am asking the Court to place an injunction preventing such transfer, and Order my release from SHU, as this is all retaliation. LT. White, Lt. Goer, Captain Bayer, AW Sizemore is violating my rights to Due Process by keeping me in SHU and retaliating for filing grievances, Unit Manager Mattingly is Causing that by reading my Legal Mail then telling everyone who I filed on to keep me in SHU. I pray the Court will Grant the requested relief.

This Complaint is accurate, and all statements are Under the penalty of perjury. 1-26-25

Continuation Page 2-2-25

At the Conclusion of the SIS Investigation, Officer Calder displayed retaliatory motive by writing me another incident report saying "he exchanged Money for Contraband", i.e. because I provide legal aid to inmates, and a couple of Inmates sent me Money. However, No one else was given an incident report, and once again I was recommended for transfer. One incident report regarding "Pressuring Inmates for legal Documents" was dismissed. All this is another attempt to not only keep me in SHU in violation of the Constitution, but also to transfer me. None of the inmates that sent money was given an incident report, and none of the other guys that provide legal services for Money was given an incident report or taken to the SHU as I was, thus, Creating an equal Protection violation. I have Constantly been singled out here, all motivated by me filing grievances and reporting staff Misconduct. They stated "we know you aren't selling drugs or using drugs", knowing that's the biggest problem plaguing this prison, is elicit level quantities of drugs being found at this prison, Inmates constantly being found under the Influence, and I do not engage in any of that behavior, those in a position to stop the retaliation does nothing to stop it. All Administrative Remedies has been filed and Completed on the retaliation Matter.

I do Apologize to the Court if I have been repetitive in my complaint, Initially I filed a Admin Remedy on Officer Hacker for Retaliation, and telling another inmate I snitched on him to cause me harm, those Remedies are At Central office waiting for a response, out of an abundance of Caution I filed another Admin Remedy on CT White and Case, although the law does not. require me to do so. All the incidents described in this Complaint, and the actions taken against me, has been out of retaliation for filing grievances or reporting Staff Misconduct, Otherwise there's no legitimate Justification for the adverse action. Constantly having to worry about being transferred to a USP as I have often been threatened with has Caused extreme Paranoia

OVER (M)

anxiety, and depression. Being transferred to a USP while being disabled and not being able to protect Myself, has caused Me to think about Suicide, and has sent Me into a deep depression. While other inmate's that's caught with phones, drugs, and other Contraband is sent back to the Compound, I do not engage in those behaviors, instead I help inmate's with very Complex legal Matter's, and somehow that's caused Staff to retaliate on me, and want Me transferred. I see no legal Justification for the transfer, and I would ask the Court to place an injunction to prevent the transfer, and to order my release from the SHU, as I am being illegally Segregated in violation of Due Process and the First Amendment. Due to the extent of the retaliation, the ongoing nature of the Constitutional violation's, I ask that this Case be taken to a Jury, and I am seeking $5 million dollars in punitive and Monetary damages for said violation's.

All Statements in this Complaint are Under the penalty of perjury

See Mitchell v. Horn, 318 F.3d 523 (3rd Civ 2003)
(finding fAlse Conduct ticket retaliation)
See Also Mack v. Warden, Lovetto, 839 F.3d 286 (3rd Civ 2016)

Respectfully Submitted,

2-2-25

On 2-4-25 Captain Bayer came to my door and told Me "you are being held In shu for transfer." I asked for what? There is Absolutely nothing I've done to be transferred for, Other inmates Come to SHU for cell phones, Street level quantities of drugs, and they let them go back to the Compound. I called Lt. Lawson on his Corruption, and Ultimately he was removed from this prison, Lt. McCarty Smacked officer Koon, he was demoted after I reported it, former AHSA McDaniels was demoted, and he filed on several others, so this is the Motivating factor for transfer, All the Incident reports was dismissed except one, however, that wouldve never happened had Lt. White never put false Conduct ticket on me. The retaliation here at this prison is unbelievable, and any staff or Inmate that speaks out, is retaliated on. Since I've been here I've advocated for Inmate's I've personally listened to Unit Manager Mattingly tell an Inmate "because of your Medical Condition you can't go to the halfway house and we are taking your year under 3621(e)" I tell them to file on it, and they recognize my handwriting, and then their told "dont listen to other Inmate's"; but I get the Inmate what he has coming and they hate that I was personally told by a Counselor "please get Lt. White out of here, he treats Us as bad as he does Inmate's." Because I hold these officers accountable they dont want Me here. They cant dispute these facts.

OVER(14)

I have continued to write the DOJ and Courts about the retaliation happening here, it is very well documented. To allow these Individuals to escape accountability would be a grave injustice. All my filings are on record, I do not engage in illegal activity, so the only reason the named Individuals want Me transferred is because I file on Staff's Corruption here.

Because I continue to be held in SHU in violation of the Constitution, I am asking the Court for a Injunction and Order My release from SHU and prevent the transfer as it is in violation of the First Amendment to be free from retaliation. Once they know I've placed this in the Mail they May transfer Me then. For all the Emotional distress, and the Constitutional violations I am requesting $5 million Dollars in punitive and Monetary Damages.

It Should also be noted the last Incident report for "Exchanging Money For Contraband", I was the only Individual that was given an Incident report, the Individuals that sent Me the Money did not receive any report. It shows the retaliatory Motive. It Should also be known, CT. White is in charge of Inmate's receiving Mail in SHU, I have Not received the requested 2241's or Bivens Actions from the Courts, therefore denying me access to the Courts. I want to clarify, once I filed on former AUSA McDaniels and Armentano, I was "Treatment Completed" on September 7, 2023 and put in for transfer September 12, 2023,

OOGR (20)